1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

OCT 20 2010

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15

UNITED STATES OF AMERICA,

Plaintiff,

v.

*Ray Anthony Merchan,*

Defendant.

)
)
)
)
)
)
)
)
)
)

Case No.: *EDCR 03-21-VAP*

ORDER OF DETENTION
(FED. R. CRIM. P. 32.1(a)(6); 18
U.S.C. § 3143(a))

16
17
18
19
20
21
22
23
24
25
26
27
28

The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the *Central* District of

*California* for alleged violation(s) of the terms and conditions of probation

or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. ☒   The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to flee if released under 18

U.S.C. § 3142(b) or (c).  This finding is based on the following:

*nature of alleged violations, insufficient*

*sureties, evasive conduct with USPO*

*re whereabouts from 6/09 to 10/10.*

1

and/ or

B. ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  10/20/10

HONORABLE OSWALD PARADA
United States Magistrate Judge